

# Fourth Court of Appeals
## San Antonio, Texas

January 7, 2021

No. 04-19-00753-CR

Paul **PESINA**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 81st Judicial District Court, Wilson County, Texas
Trial Court No. 18-10-161-CRW
Honorable Donna S. Rayes, Judge Presiding

# O R D E R

Sitting:      Rebeca C. Martinez, Chief Justice
Luz Elena D. Chapa, Justice
Liza A. Rodriguez, Justice

After appellant's appointed appellate counsel filed an *Anders* brief and a motion to withdraw, but before appellant's *pro se* brief was due, appellant filed a *pro se* motion, asking that he be allowed to represent himself in this appeal, that counsel be dismissed, and the *Anders* brief filed by counsel be stricken.

We deny the motion. *See Scheanette v. State*, 144 S.W.3d 503, 505 n.2 (Tex. Crim. App. 2004) (defendant had no constitutional right to represent himself on direct appeal). However, Pesina's *pro se* brief, filed in response to counsel's *Anders* brief, will be fully considered by the court. The motion to withdraw filed by counsel will remain pending until the case is submitted and reviewed on the merits. *See Penson v. Ohio*, 488 U.S. 75, 80-82 (1988) (holding that a motion to withdraw should not be ruled on before appellate court independently reviews the record to determine whether counsel's evaluation that the appeal is frivolous is sound); *Schulman v. State*, 252 S.W.3d 403, 410-11 (Tex. Crim. App. 2008) (same).

It is so **ORDERED** on January 7, 2021.

**PER CURIAM**

ATTESTED TO: _____
Michael A. Cruz,
Clerk of Court

